**Order filed February 9, 2017**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00822-CV

———————

### ANTHONY SIMON, Appellant

### V.

### PENTAIR VALVES & CONTROLS US LP AND KELLY SERVICES, INCORPORATED, Appellee

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2015-51477**

## O R D E R

Appellant's brief was due January 13, 2017. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 13, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM